UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIAMOND OFFSHORE COMPANY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-11-1701 |
| | § | |
| SURVIVAL SYSTEMS INTERNATIONAL, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

The joint motion to dismiss with prejudice (Dkt. 111) is GRANTED. It is therefore ORDERED that any and all claims, counterclaims and third party claims by all parties, as amended or supplemented, are DISMISSED with prejudice. Each party shall bear its own costs and attorneys' fees.

Signed at Houston, Texas on May 2, 2013.

_____
Gray H. Miller
United States District Judge